UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | * | CASE NO. 06-80134 |
| DAVE LUXEMBURG | * | CHAPTER 7 |

*************************************************************

| | | |
|---|---|---|
| TED BRETT BRUNSON, | * | |
| Chapter 7 Trustee, | * | |
| | * | ADVERSARY NO._____ |
| Plaintiff | * | |
| versus | * | |
| DAVE LUXEMBURG | * | |
| Defendant | * | |

*************************************************************

VERIFIED COMPLAINT TO REVOKE DISCHARGE

Plaintiff, Ted Brett Brunson, Chapter 7 Trustee ("Plaintiff", or the "Trustee"), by the undersigned attorney, states:

1.

Plaintiff is the duly qualified and acting trustee in this case. Made defendant herein is Dave Luxemburg, 3355 Highway 107, Lot 56, Pineville, LA 71360.

2.

This Court has jurisdiction of this matter under 28 U.S.C. §§1334 and 157. This adversary proceeding relates to the above-referenced case under Chapter 7 of the Bankruptcy Code, now pending in this Court. This is a core proceeding under 28 U.S.C. §157(b).

3.

On October 25, 2006, the Court entered an order granting the Debtor a discharge under

section 727 of title 11 of the Untied States Code.

4.

On October 16, 2006, the Court entered an *Ex Parte Order to Turn Over Property* (the "Order"), in which the Debtor was ordered to turn over a Harley Davidson motorcycle (together with its title) (the "Motorcycle") to the Trustee. The order was served by mail on the Debtor and his counsel.

5.

Despite the mandate of the Order, the Debtor has failed and/or refused to turn over the Motorcycle to the Trustee.

6.

Pursuant to 11 U.S.C. §727(d)(3), on the request of a trustee, and after notice and a hearing, the court shall revoke a discharge if, *inter alia,* the Debtor has refused to obey a lawful order of the court.

7.

The Debtor has failed and or refused to obey this Court's order to turn the Motorcycle over to the Trustee.

8.

As a result of the foregoing, the Debtor's discharge should be revoked.

9.

The Debtor should also be held liable for the payment of all court costs and attorney's fees incurred in the prosecution of this adversary proceeding.

WHEREFORE The Trustee prays that after all due proceedings herein, the discharge granted the Debtor in this case be revoked, the estate be awarded a money judgment against the Debtor for

all cost and attorney's fees incurred in the prosecution of this action, payable from the funds in the possession of the Trustee.

THE TRUSTEE FURTHER PRAYS For all other relief to which the Trustee is entitled, whether specifically prayed for or not, and for such other and further relief as is just and proper.

Respectfully submitted,

MCCOY ROBERTS & BEGNAUD
(A Law Corporation)
P.O. Box 1369
Natchitoches, LA  71458-1369
318/352-6495


By:_____/s/ Mark A. Begnaud_____
      Mark A. Begnaud, # 22197
      Attorneys for Ted Brett Brunson,
      Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | * | CASE NO. 06-80134 |
| DAVE LUXEMBURG | * | CHAPTER 7 |
| | | |
| TED BRETT BRUNSON,<br>Chapter 7 Trustee, | * | |
| | * | ADVERSARY NO._____ |
| Plaintiff | * | |
| versus | * | |
| DAVE LUXEMBURG | * | |
| Defendant | * | |

VERIFICATION BY CHAPTER 7 TRUSTEE OF COMPLAINT TO REVOKE DISCHARGE

BEFORE ME, the undersigned authority, personally came and appeared

Ted Brett Brunson, Chapter 7 Trustee

who, being first duly sworn, and under penalty of perjury, did depose and say that:

He is the Chapter 7 Trustee in the above-captioned bankruptcy case; he has read and is familiar with the allegations made in the foregoing adversary complaint and hereby verifies the same.

_____
Ted Brett Brunson, Chapter 7 Trustee

SWORN TO AND SUBSCRIBED
before me, Notary, this 18th day
of October, 2007.

_____
Notary Public

Mark A. Begnaud
Louisiana Bar Roll No. 22197
My commission expires at death.